## Zinberg v. Lowenschuss, Appellant.

Argued April 26, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused July 26, 1965.

*Stanley M. Poplow,* with him *Bellis, Kolsby & Poplow,* for appellant.

*William T. Adis,* for appellee.

OPINION PER CURIAM, June 30, 1965:
Judgment affirmed.